NO. 07-02-0430-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

JANUARY 29, 2003

_____

IN THE MATTER OF THE MARRIAGE OF JOEY DEWAYNE MCROREY, JR.
LYN ADELLE MCROREY AND IN THE INTEREST OF
A.S.M., S.A.M. AND K.R.M, CHILDREN

_____

FROM THE COUNTY COURT AT LAW NO. 1 OF LUBBOCK COUNTY;

NO. 2002-516,498; HONORABLE RUSTY LADD, JUDGE

_____

Before JOHNSON, C.J., REAVIS, J. and BOYD, S.J.[1]

MEMORANDUM OPINION

On August 8, 2002, the judge of the County Court at Law Number 1 of Lubbock
County signed a judgment in cause number 2002-516,498. By restricted appeal, see TEX.
R. APP. P. 30, appellant Lyn Adelle McRorey appeals from such judgment.

_____

[1]John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by
assignment.

Pursuant to motion of appellant, agreed to by counsel for appellee Joey Dewayne McRorey, the judgment of the trial court is reversed and this cause is remanded for further proceedings.  See TEX. R. APP. P. 43.2.


Per Curiam